# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No.: 18-2469-JWB-KGG |
| BARBARA FRANTZ, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM & ORDER APPOINTING COUNSEL
## <u>FOR LIMITED PURPOSE</u>

The Court has reviewed the Motion to Appoint Counsel (Doc. 27) filed by Defendant Barbara Frantz. The Court finds that in the interests of justice, counsel should be appointed for the limited purpose of responding to the motion for summary judgment (which the Court ordered Defendant Patrick Frantz to file by November 16, 2020) and representing Defendant Barbara Frantz in this matter until that motion for summary judgment is resolved.

This appointment is made pursuant to 28 U.S.C. §1915(e)(1) and under this Court's limited representation rule (D. Kan. Rule 83.5.8). Counsel is directed to D. Kan. Rule 83.5.3.1 regarding reimbursement of out-of-pocket expenses.

The following attorneys are appointed:

1

Jay Fowler
Jeremy Koehler
Foulston Siefkin LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS  67206

The Court thanks counsel and asks that they enter their appearance.

**IT IS SO ORDERED**.

Dated this 30th day of September, 2020, at Wichita, Kansas.

S/ KENNETH G. GALE
HON. KENNETH G. GALE
U.S. MAGISTRATE JUDGE